UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAWRENCE DANCIER JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHOSHONE-BANNOCK COUNSELING FAMILY SERVICE; DR. DANN HALL; KRISSY BRONCHO; and DR. PALMER,<br><br>　　　　Defendants. | Case No. 4:21-cv-00062-DCN<br><br>**SUCCESSIVE REVIEW ORDER BY SCREENING JUDGE** |

　　　　Plaintiff Lawrence Dancier Jackson is an enrolled member of the Shoshone-Bannock Tribes and is currently incarcerated in the Shoshone-Bannock Tribal Correctional Facility. The Court previously reviewed Plaintiff's amended complaint, pursuant to 28 U.S.C. §§ 1915 and 1915A, and determined that it failed to state a claim upon which relief could be granted. *See Initial Review Order*, Dkt. 9. The Court gave Plaintiff an opportunity to file a Second Amended Complaint, which Plaintiff has now done. *See* Dkt. 11.

　　　　The Court retains its screening authority under 28 U.S.C. §§ 1915 and 1915A and now reviews the Second Amended Complaint. However, the Second Amended Complaint fails to remedy the deficiencies in the amended complaint.

　　　　**ACCORDINGLY, IT IS ORDERED** that, for the reasons stated in this Order and the Initial Review Order (Dkt. 9), this entire case is DISMISSED without prejudice for

failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1).

DATED: August 11, 2021

_____
David C. Nye
Chief U.S. District Court Judge

SUCCESSIVE REVIEW ORDER BY SCREENING JUDGE - 2